UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ELENA SCHIANO, | : |
| | :      1:07-CV-06489 (DC) (MHD) |
|                 Plaintiff, | : |
| | :      **NOTICE OF APPEARANCE** |
|        - against - | : |
| | : |
| ABC, INC., and WALTER VAZQUEZ, individually, | : |
| | : |
|                 Defendants. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE**, that SACK & SACK, ESQS., hereby appears as counsel for Plaintiff Elena Schiano in the above-captioned action. Service of all pleadings, papers and documents required to be served in the action should also be served on the undersigned as counsel to Plaintiff Elena Schiano.

Dated:     New York, New York
             October 3, 2007

                                           Respectfully submitted,
                                           **SACK & SACK, ESQS.**

                                           */s/ Jonathan Sack*
                                           _____
                                     By:    Jonathan S. Sack, Esq. (JSS 1835)

                                          Attorneys for Plaintiff, Elena Schiano
                                          110 East 59th Street, 19th Floor
                                          New York, New York 10022
                                          Tel.: (212) 702-9000
                                          Fax: (212) 702-9702
                                          Email: jsack@sackandsack.com