CH-NJT

PROSKAUER ROSE LLP
Katharine H. Parker (KHP 7669)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3009
Fax 212.969.2900
*Attorneys for Defendants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ELENA SCHIANO

              Plaintiff,

    against

ABC, INC. and WALTER VAZQUEZ

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:07 CV 06489 (DC) (MHD)

**STIPULATION TO EXTEND
TIME TO ANSWER FIRST
AMENDED COMPLAINT**

       IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties in the above-captioned action, that the time within which Defendants ABC, Inc. and Walter Vazquez ("Defendants") must answer, move against, or otherwise respond to the First Amended Complaint, is extended to and including January 18, 2008.

Dated:     New York, New York
            December 13, 2007

| SACK & SACK, ESQS. | PROSKAUER ROSE LLP |
|---|---|
| *[signature]* | *[signature] Kathe A. Par* |
| Jonathan Sack (JSS 1835) | Katharine H. Parker (KHP 7669) |
| 110 East 59th Street, 19th Floor | 1585 Broadway |
| New York, NY 10022 | New York, NY 10036-8299 |
| Phone: (212) 702-9000 | Phone: (212) 969-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

** TOTAL PAGE.02 **

*[signature]*
U.S.D.J.
12/14/07