*Chin, J*

PROSKAUER ROSE LLP
Katharine H. Parker (KHP 7669)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3009
Fax 212.969.2900
*Attorneys for Defendants*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ELENA SCHIANO

        Plaintiff,

  against

ABC, INC. and WALTER VAZQUEZ

        Defendants.
------------------------------------X

1:07 CV 06489 (DC) (MHD)

**STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties in the above-captioned action, that the time within which Defendants ABC, Inc. and Walter Vazquez ("Defendants") must answer, move against, or otherwise respond to the First Amended Complaint, is extended to and including January 25, 2008.

Dated:    New York, New York
             January 15, 2008

SACK & SACK, ESQS.

_____
Jonathan Sack (JSS 1835)
110 East 59th Street, 19th Floor
New York, NY 10022
Phone: (212) 702-9000
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

_____
Katharine H. Parker (KHP 7669)
1585 Broadway
New York, NY 10036-8299
Phone: (212) 969-3000
*Attorneys for Defendants*

So Ordered.

_____
USDJ
1/18/08