PROSKAUER ROSE LLP
Katharine H. Parker
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3009
Fax 212.969.2900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ELENA SCHIANO                         :
                                      :   1:07 CV 06489 (DC) (MHD)
            Plaintiff,                :
                                      :   ECF CASE
      against                         :
                                      :   **DEFENDANTS 7.1 CORPORATE**
ABC, INC. and WALTER VAZQUEZ          :   **DISCLOSURE STATEMENT**
                                      :
            Defendants.               :
------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants American Broadcasting Companies, Inc. and Walter Vasquez, certify that the following is its only publicly held corporate parents, subsidiaries, or affiliates: The Walt Disney Company. Defendants further state that, apart from the company listed, no publicly-held corporation owns more than 10% of stock of The Walt Disney Company or any of the Defendants.

Dated: New York, New York          PROSKAUER ROSE LLP
       January 25, 2008

                                   By: _____
                                       Katharine H. Parker
                                       1585 Broadway
                                       New York, New York 10036
                                       (212) 969-3000
                                       *Attorneys for Defendants*