CH/FJ

MAY 05 2008 16:40 FR PROSKAUER ROSE LLP 202 969 2933 TO *2763*19185077*8 P.02

PROSKAUER ROSE LLP
Katharine H. Parker
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3009
Fax 212.969.2900
*Attorneys for Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ELENA SCHIANO                                   :
                                                :   1:07 CV 06489 (DC) (MHD)
                    Plaintiff,                  :
                                                :   ECF CASE
        against                                 :
                                                :   **STIPULATION OF DISMISSAL**
ABC, INC. and WALTER VAZQUEZ                    :   **WITH PREJUDICE**
                                                :
                    Defendants.                 :
------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the above-captioned action is dismissed in its entirety with prejudice and without costs to any party.

Dated: May 5, 2008

| SACK & SACK, ESQS. | PROSKAUER ROSE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Jonathan Sack (JSS 1835) | Katharine H. Parker (KHP 7669) |
| 110 East 59th Street, 19th Floor | 1585 Broadway |
| New York, NY 10022 | New York, NY 10036-8299 |
| Phone: (212) 702-9000 | Phone: (212) 969-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED.

*[signature]*
WDPJ  5/9/08